UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

ORIGINAL

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Civil No.00-CV-312 DSD/JMM

Plaintiffs,

vs.

VRUNO & WILLIAMS CONTRACTING, INCORPORATED,

Defendant.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated: April 24, 2000

McGRANN SHEA FRANZEN CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Att'y Reg. No. 259810
2200 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2041
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED 4-27-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: 4/26/00

David S. Doty
Judge of District Court